# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ICONIC IMAGES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CORBIS CORPORATION; THOMPSON REUTERS HOLDINGS, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-13-1951-CJC (DFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  December 16, 2013 |

### ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed in its entirety with prejudice, with each party to bear its respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 3, 2016

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1